

ORDERED in the Southern District of Florida on April 3, 2012.

Erik P. Kimball, Judge
United States Bankruptcy Court

# United States Bankruptcy Court
Southern District of Florida
www.flsb.uscourts.gov

In Re.:                                              CASE NO.: 12-14309-EPK
    JC DIRECT, LLC                          CHAPTER 7

             Debtor.
_____/

## ORDER GRANTING CREDITOR, DAROSY, INC.'S MOTION FOR RELIEF FROM STAY

**THIS CAUSE** having come before the Court on Creditor, Darosy, Inc.'s Motion for Debtor to Surrender Possession or, In the Alternative, For Relief From The Automatic Stay [DE#8], (the "Motion"), said Motion having contained the bulletin required by Local Rule 4001-1(C ), and it appearing the Motion was duly served in compliance with said Local Rule and the time for the parties to object thereto or request a hearing thereon has expired, and the Court having considered the contents of the Motion and the information available to the Court, the Court taking specific judicial notice of the entire contents of the Court file, and for the reasons stated in the Motion. Accordingly, it is

**ORDERED** as follows:

1. The Motion is granted.

2. The automatic stay arising by reason of 11 U.S.C. Section 362 of the Bankruptcy Code is terminated as to Movant's interest in the following real property leased to the Debtor:

> 6076 Okeechobee Boulevard, Suite 16-19
> West Palm Beach, Florida 33417

3. Debtor shall surrender possession of the premises within forty-eight (48) hours of the receipt of this Order on Debtor's counsel. Movant shall also be entitled to pursue an action for damages against the corporate Debtor in state court to obtain a money judgment as the corporate Debtor is not entitled to a discharge under Section 727 of the Code.

4. The 14-day stay period relative to this Order is deemed waived.

### 

Submitted by:
Ricardo A. Reyes, Esquire
Florida Bar No.: 864056
Tobin & Reyes, P.A.
5355 Town Center Road, Suite 204
Boca Raton, Florida 33486
Telephone:  (561) 620-0656
Fax:  (561) 620-0657
Email:  rar@tobinreyes.com

- Ricardo A. Reyes, Esquire, shall serve a copy of this Order on all parties entitled to service and file a certificate of service.