UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DIVISION

In re:                          §
                                §
JC DIRECT, LLC                  §     Case No. 12-14309-EPK
                                §
                                §
          Debtor(s)             §

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter    of the United States Bankruptcy Code was filed on    . The undersigned trustee was appointed on    .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of              $

   Funds were disbursed in the following amounts:

   Payments made under an interim disbursement
   Administrative expenses
   Bank service fees
   Other payments to creditors
   Non-estate funds paid to 3rd Parties
   Exemptions paid to the debtor
   Other payments to the debtor

   Leaving a balance on hand of[1]            $

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was            and the deadline for filing governmental claims was . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved.  If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $            .  To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $       as interim compensation and now requests a sum of $          , for a total compensation of $         [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $       , and now requests reimbursement for expenses of $         , for total expenses of $          [2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date:_____   By:/s/Robert C. Furr_____
                                                         Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) *(Page: 2)*

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit A

| Case No: | 12-14309 | EPK | Judge: | Erik P. Kimball | | Trustee Name: | Robert C. Furr |
|---|---|---|---|---|---|---|---|
| Case Name: | JC DIRECT, LLC | | | | | Date Filed (f) or Converted (c): | 02/23/12 (f) |
| | | | | | | 341(a) Meeting Date: | 03/27/12 |
| For Period Ending: 11/13/13 | | | | | | Claims Bar Date: | 06/25/12 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1 | Petty Cash | 800.00 | 0.00 | | 0.00 | FA |
| 2 | Checking Account Citibank 5867 Okeechobee Blvd. | 40,000.00 | 31,570.49 | | 31,570.49 | FA |
| 3 | FPL (Electric) , Palm Beach County Water Utilities, and Firs | 19,000.00 | 403.08 | | 403.08 | FA |
| 4 | Household Goods | 5,750.00 | 0.00 | OA | 0.00 | FA |
| 5 | Showroom art | 1,500.00 | 0.00 | OA | 0.00 | FA |
| 6 | IC Systems (collections) | 76,000.00 | 0.00 | OA | 0.00 | FA |
| 7 | DirectBuy Franchise | 0.00 | 0.00 | | 0.00 | FA |
| 8 | Computer, Desk, Chair, Printer, bookcases and telephone. | 700.00 | 0.00 | OA | 0.00 | FA |
| 9 | FFE: Racking, copier, forklift, vending machine, and cubicle | 30,000.00 | 0.00 | OA | 0.00 | FA |

| | | | | | Gross Value of Remaining Assets |
|---|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $173,750.00 | $31,973.57 | | $31,973.57 | $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

TFR filed.

RE PROP #    4    --    Notice of Abandonment filed 04/10/12 ECF#16
RE PROP #    5    --    Notice of Abandonment filed 04/10/12 ECF#16
RE PROP #    6    --    Notice of Abandonment filed 04/10/12 ECF#16
RE PROP #    8    --    Notice of Abandonment filed 04/10/12 ECF#16
RE PROP #    9    --    Notice of Abandonment filed 04/10/12 ECF#16

Initial Projected Date of Final Report (TFR):    12/31/14        Current Projected Date of Final Report (TFR):    12/31/14

FORM 2
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| Case No: | 12-14309 | Trustee Name: | Robert C. Furr |
| Case Name: | JC DIRECT, LLC | Bank Name: | Bank of America, N.A. |
| | | Account Number/CD#: | XXXXXX7850 - Checking Account |
| Taxpayer ID No: | XX-XXX1362 | Blanket Bond (per case limit): | $1,000,000.00 |
| For Period Ending: | 11/13/13 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 04/21/12 | 2 | Citibank | Closeout balance in checking | 1129-000 | 31,570.49 | | 31,570.49 |
| 04/27/12 | 3 | Florida Power & Light | Refund | 1129-000 | 403.08 | | 31,973.57 |
| 05/04/12 | | Bank of America, N.A. | | 2600-000 | | 3.93 | 31,969.64 |
| 05/04/12 | | Transfer to Acct#XXXXXX1229 | Transfer of Funds | 9999-000 | | 31,969.64 | 0.00 |

|  | COLUMN TOTALS | 31,973.57 | 31,973.57 | 0.00 |
|---|---|---|---|---|
|  | Less: Bank Transfers/CD's | 0.00 | 31,969.64 | |
|  | Subtotal | 31,973.57 | 3.93 | |
|  | Less: Payments to Debtors | 0.00 | 0.00 | |
|  | Net | 31,973.57 | 3.93 | |

Page Subtotals        31,973.57        31,973.57

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 2
Exhibit B

Case No: 12-14309
Case Name: JC DIRECT, LLC
Taxpayer ID No: XX-XXX1362
For Period Ending: 11/13/13

Trustee Name: Robert C. Furr
Bank Name: Bank of Kansas City
Account Number/CD#: XXXXXX1229 - Checking Account
Blanket Bond (per case limit): $1,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 05/04/12 | | Transfer from Acct#XXXXXX7850 | Transfer of Funds | 9999-000 | 31,969.64 | | 31,969.64 |
| 06/14/12 | | Bank of Kansas City | BANK OF KANSAS C ANALYSIS 061412 1 | 2600-000 | | 33.02 | 31,936.62 |
| 07/16/12 | | Bank of Kansas City | BANK OF KANSAS C ANALYSIS 071612 1 | 2600-000 | | 35.36 | 31,901.26 |
| 08/14/12 | | Bank of Kansas City | BANK OF KANSAS C ANALYSIS 081412 1 | 2600-000 | | 36.50 | 31,864.76 |
| 09/17/12 | | Bank of Kansas City | BANK OF KANSAS C ANALYSIS 091712 1 | 2600-000 | | 36.45 | 31,828.31 |
| 10/15/12 | | Bank of Kansas City | BANK OF KANSAS C ANALYSIS 101512 1 | 2600-000 | | 35.24 | 31,793.07 |
| 11/15/12 | | Bank of Kansas City | BANK OF KANSAS C ANALYSIS 111512 1 | 2600-000 | | 36.37 | 31,756.70 |
| 12/14/12 | | Bank of Kansas City | BANK OF KANSAS C ANALYSIS 121412 1 | 2600-000 | | 35.16 | 31,721.54 |
| 01/16/13 | | Bank of Kansas City | BANK OF KANSAS C ANALYSIS 011613 1 | 2600-000 | | 36.29 | 31,685.25 |
| 02/14/13 | | Bank of Kansas City | BANK OF KANSAS C ANALYSIS 021413 1 | 2600-000 | | 36.25 | 31,649.00 |
| 03/14/13 | | Bank of Kansas City | BANK OF KANSAS C ANALYSIS 031413 1 | 2600-000 | | 42.51 | 31,606.49 |
| 04/12/13 | | Bank of Kansas City | BANK OF KANSAS C ANALYSIS 041213 1 | 2600-000 | | 47.00 | 31,559.49 |
| 04/30/13 | | Bank of Kansas City | | 2600-000 | | 45.41 | 31,514.08 |
| 05/31/13 | | Bank of Kansas City | SERVICE CHARGE | 2600-000 | | 46.83 | 31,467.25 |
| 06/28/13 | | Bank of Kansas City | SERVICE CHARGE | 2600-000 | | 45.26 | 31,421.99 |
| | | | Page Subtotals | | 31,969.64 | 547.65 | |

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 3
Exhibit B

Case No: 12-14309
Case Name: JC DIRECT, LLC
Taxpayer ID No: XX-XXX1362
For Period Ending: 11/13/13

Trustee Name: Robert C. Furr
Bank Name: Bank of Kansas City
Account Number/CD#: XXXXXX1229 - Checking Account
Blanket Bond (per case limit): $1,000,000.00
Separate Bond (if applicable):

| 1 Transaction Date | 2 Check or Reference | 3 Paid To / Received From | 4 Description Of Transaction | Uniform Tran. Code | 5 Deposits ($) | 6 Disbursements ($) | 7 Account/CD Balance ($) |
|---|---|---|---|---|---|---|---|

|   |   |   |   |   |
|---|---|---|---|---|
|   | COLUMN TOTALS | 31,969.64 | 547.65 | 31,421.99 |
|   | Less: Bank Transfers/CD's | 31,969.64 | 0.00 |   |
|   | Subtotal | 0.00 | 547.65 |   |
|   | Less: Payments to Debtors | 0.00 | 0.00 |   |
|   | Net | 0.00 | 547.65 |   |

|   |   | NET | ACCOUNT |
|---|---|---|---|
| TOTAL OF ALL ACCOUNTS | NET DEPOSITS | DISBURSEMENTS | BALANCE |
| Checking Account - XXXXXX7850 | 31,973.57 | 3.93 | 0.00 |
| Checking Account - XXXXXX1229 | 0.00 | 547.65 | 31,421.99 |
|   | ------------------------------ | ------------------------------ | ------------------- |
|   | 31,973.57 | 551.58 | 31,421.99 |
|   | =============== | =============== | ============ |
|   | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

Total Allocation Receipts: 0.00
Total Net Deposits: 31,973.57
Total Gross Receipts: 31,973.57

Page Subtotals    0.00    0.00

UST Form 101-7-TFR (5/1/2011)  *(Page: 6)*

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 12-14309
Debtor Name: JC DIRECT, LLC
Claims Bar Date: 06/25/12

Date: November 13, 2013

| Code # | Creditor Name & Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 100 2100 | Robert C. Furr<br>2255 Glades Road, Ste 337W<br>Boca Raton FL 33431 | Administrative | | $0.00 | $3,947.36 | $3,947.36 |
| 100 2200 | Robert C. Furr<br>2255 Glades Road, Ste 337W<br>Boca Raton FL 33431 | Administrative | | $0.00 | $116.97 | $116.97 |
| 100 3410 | Hylton Wynick, CPA<br>Zucker and Associates, P.A.<br>1801 N. Military Trail, Suite 160<br>Boca Raton, FL 33431 | Administrative | | $0.00 | $8,696.00 | $8,696.00 |
| 100 3420 | Hylton Wynick, CPA<br>Zucker and Associates, P.A.<br>1801 N. Military Trail, Suite 160<br>Boca Raton, FL 33431 | Administrative | | $0.00 | $168.22 | $168.22 |
| 7 250 5800 | FLORIDA DEPARTMENT OF REVENUE<br>BANKRUPTCY UNIT<br>PO BOX 6668<br>TALLAHASSEE, FL 32314-6668 | Priority | | $0.00 | $0.00 | $0.00 |
| 8 250 5800 | FLORIDA DEPARTMENT OF REVENUE<br>BANKRUPTCY UNIT<br>PO BOX 6668<br>TALLAHASSEE, FL 32314-6668 | Priority | | $0.00 | $281.04 | $281.04 |
| 1 300 7100 | The B & F System<br>3920 S. Walton Walker Blvd.<br>Dallas, TX 75265 | Unsecured | | $0.00 | $483.25 | $483.25 |
| 2 300 7100 | Suncrest Supply Inc<br>7540 Byron Dr<br>Riviera Beach FL 33404 | Unsecured | | $0.00 | $1,882.70 | $1,882.70 |
| 3 300 7100 | Pitney Bowes Global Financial Services<br>27 Waterview Drive<br>Shelton, CT 06484 | Unsecured | | $0.00 | $2,278.40 | $2,278.40 |
| 4 300 7100 | D & B Tile Distributors<br>14200 N.W. 4th Street<br>Fort Lauderdale, FL 33325 | Unsecured | | $0.00 | $512.17 | $512.17 |
| 5 300 7100 | Pitney Bowes Inc<br>4901 Belfort Rd, Ste 120<br>Jacksonville FL 32256 | Unsecured | | $0.00 | $1,913.29 | $1,913.29 |
| 6 300 7100 | Darosy, Inc.<br>c/o Carlos Garcia-Velez<br>336 E. Dania Beach Blvd.<br>Dania, FL 33004 | Unsecured | | $0.00 | $156,770.68 | $156,770.68 |
| 9 300 7100 | WM K Walthers Inc<br>Attn: Kevin Zunker<br>5604 W Florist<br>Milwaukee WI 53218 | Unsecured | | $0.00 | $67.74 | $67.74 |
| 10 300 7100 | American Express Bank FSB<br>c/o Becket and Lee LLP<br>POB 3001<br>Malvern PA 19355-0701 | Unsecured | | $0.00 | $7,309.57 | $7,309.57 |
| 11 300 7100 | Banco Popular, N.A.<br>9600 W. Bryn Mawr<br>Rosemont, IL 60018 | Unsecured | | $0.00 | $302,530.03 | $302,530.03 |

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 12-14309  
Debtor Name: JC DIRECT, LLC  
Claims Bar Date: 06/25/12  

Date: November 13, 2013

| Code # | Creditor Name & Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 12<br>300<br>7100 | American Express Travel Related Services Co Inc<br>c/o Becket and Lee LLP<br>POB 3001<br>Malvern PA 19355-0701 | Unsecured | | $0.00 | $10,980.00 | $10,980.00 |
| 13<br>300<br>7100 | Robin Speidell or Beta Finance<br>4595 Willow Pond Ct E<br>West Palm Beach FL 33417 | Unsecured | | $0.00 | $4,000.00 | $4,000.00 |
| | Case Totals | | | $0.00 | $501,937.42 | $501,937.42 |

Code #: Trustee's Claim Number, Priority Code, Claim Type

## TRUSTEE'S PROPOSED DISTRIBUTION

        Exhibit D

Case No.: 12-14309-EPK
Case Name: JC DIRECT, LLC
Trustee Name: Robert C. Furr

    Balance on hand    $

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Robert C. Furr | $ | $ | $ |
| Trustee Expenses: Robert C. Furr | $ | $ | $ |
| Accountant for Trustee Fees: Hylton Wynick, CPA | $ | $ | $ |
| Accountant for Trustee Expenses: Hylton Wynick, CPA | $ | $ | $ |

    Total to be paid for chapter 7 administrative expenses    $_____

    Remaining Balance    $_____

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $     must be paid in advance of any dividend to general (unsecured) creditors.

    Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 7 | FLORIDA DEPARTMENT OF REVENUE | $ | $ | $ |
| 8 | FLORIDA DEPARTMENT OF REVENUE | $ | $ | $ |

Total to be paid to priority creditors          $_____

Remaining Balance          $_____

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $          have been allowed and will be paid *pro* *rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be      percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | The B & F System | $ | $ | $ |
| 2 | Suncrest Supply Inc | $ | $ | $ |
| 3 | Pitney Bowes Global Financial Services | $ | $ | $ |
| 4 | D & B Tile Distributors | $ | $ | $ |
| 5 | Pitney Bowes Inc | $ | $ | $ |
| 6 | Darosy, Inc. | $ | $ | $ |
| 9 | WM K Walthers Inc | $ | $ | $ |
| 10 | American Express Bank FSB | $ | $ | $ |
| 11 | Banco Popular, N.A. | $ | $ | $ |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 12 | American Express Travel Related Services Co Inc | $ | $ | $ |
| 13 | Robin Speidell or Beta Finance | $ | $ | $ |

Total to be paid to timely general unsecured creditors        $_____

Remaining Balance        $_____


Tardily filed claims of general (unsecured) creditors totaling $      have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be      percent.

Tardily filed general (unsecured) claims are as follows:

NONE


Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $      have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be      percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE